

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00440-CV

**IN THE INTEREST OF E.M.R.**, et al., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00527
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED November 20, 2013.

_____
Catherine Chief Stone